UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Balmore Urbano,                                    Case No. 21-cv-2657 (WMW/LIB)

      Petitioner,

                                   **ORDER**

v.

Warden J Fikes,

      Respondent.

---

Before the Court is Petitioner Balmore Urbano's motion to withdraw his petition for a writ of habeas corpus. (Dkt. 5.) Urbano may voluntarily dismiss this case at any time before Respondent Warden J Fikes files an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Fikes has neither answered Urbano's habeas petition nor moved for summary judgment. For this reason, the Court grants Urbano's motion to withdraw his habeas petition. Urbano's habeas petition is, therefore, dismissed without prejudice.

**ORDER**

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    Petitioner Balmore Urbano's motion to withdraw his petition for a writ of habeas corpus, (Dkt. 5), is **GRANTED**.

2. Petitioner Balmore Urbano's petition for a writ of habeas corpus, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 19, 2022 

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge